[No. 75097-6-I. Division One. March 27, 2017.]

EDWARD ELEAZER ET AL., *Appellants*, v. FIRST AMERICAN TITLE INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-04651-1, George N. Bowden, J., entered March 24, 2016. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Mann, JJ.

[No. 75107-7-I. Division One. March 27, 2017.]

ASSET ACCEPTANCE, LLC, *Respondent*, v. VIET TUAN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-15970-0, Julie A. Spector, J., entered April 11, 2016. *Reversed* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 48066-2-II. Division Two. March 28, 2017.]

*In the Matter of the Marriage of* JOSE H. OCASIO-SANTIAGO, *Appellant*, and KIMBERLEY R. ROCKWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-3-00450-7, Gretchen Leanderson, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 48166-9-II. Division Two. March 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS BERNETT THORNTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03813-7, Gerald T. Costello, J., entered October 1, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J.